# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0012

VERSUS

DERRICK B. PIERRE

**MARCH 22, 2024**

---

In Re:     Derrick B. Pierre, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-97-0846, 06-98-0961.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on March 13, 2023, the district court denied relator's application for postconviction relief, filed on January 12, 2022, and a copy was sent to relator on September 29, 2023. See also **State v. Pierre**, 2023-0165 (La. App. 1st Cir. 4/12/23), 2023 WL 2912174 (unpublished), and 2023-0791 (La. App. 1st Cir. 10/23/23), 2023 WL 6987172 (unpublished).

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT